BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
600 B Street, Suite 1550
San Diego, CA  92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

Attorneys for Plaintiff

FILED
NOV 02 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN EDMUNDSON, On Behalf of Himself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | No.: '10 CV 2256 H  JMA<br><br>CLASS ACTION<br><br>AFFIDAVIT OF THOMAS J. O'REARDON II PURSUANT TO CALIFORNIA CIVIL CODE §1780(d)<br><br>DEMAND FOR JURY TRIAL |

I, THOMAS J. O'REARDON II, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Blood Hurst & O'Reardon LLP, one of the counsel of record for plaintiff in the above-entitled action.

2. Defendant The Procter & Gamble Company has done and is doing business in San Diego County. Such business includes the marketing and sale of Gillette brand "Fusion Power®" razor blade cartridges. Furthermore, plaintiff Ryan Edmundson purchased Gillette brand "Fusion Power®" razor blade cartridges in San Diego County.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 2nd day of November, 2010, at San Diego, California.

_____
THOMAS J. O'REARDON II