**DYKEMA GOSSETT LLP**
Daniel J. Stephenson, SBN: 270722
dstephenson@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850

Attorneys for Defendant
THE PROCTER & GAMBLE COMPANY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN EDMUNDSON, On Behalf of Himself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Case No. 3:10 cv 2256 H (NLS)<br><br>[Assigned for all purposes to Honorable Marilyn L. Huff]<br><br>DECLARATION OF DANIEL J. STEPHENSON IN SUPPORT OF THE PROCTER & GAMBLE COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(B)(6) AND THE PROCTER & GAMBLE COMPANY'S REQUEST FOR JUDICIAL NOTICE<br><br>[Filed Concurrently With<br>(1) Defendant The Procter & Gamble Company's Request for Judicial Notice in Support of its Motion to Dismiss Complaint;<br><br>(2) Defendant The Procter & Gamble Company's Notice of Motion and Motion to Dismiss Complaint; Memorandum of Points and Authorities in Support;<br><br>(3) [Proposed] Order Dismissing Complaint;<br><br>(4) [Proposed] Order Granting The Procter & Gamble Company's Request for Judicial Notice<br><br>Hearing Date:  February 14, 2011<br>Time:                10:30 a.m.<br>Location:          Courtroom 13 |

DECLARATION OF DANIEL J. STEPHENSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT AND REQUEST FOR JUDICIAL NOTICE

# DECLARATION OF DANIEL J. STEPHENSON

I, Daniel J. Stephenson, declare as follows:

1. I am an attorney duly admitted to practice before the courts of the State of California and the United States District Court for the Southern District of California. I am a member of the law firm of Dykema Gossett, LLP, counsel of record for Defendant The Procter & Gamble Company. I am also admitted in the State of Michigan, and was counsel of record for the Defendant in *Sands v. The Procter & Gamble co.,* Eastern District of Michigan Civil Action Number 08-cv-15170.

2. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to each fact. I submit this declaration in support of Defendant The Procter & Gamble Company's Notice of Motion and Motion to Dismiss Complaint; Memorandum of Points and Authorities; and Request for Judicial Notice in Support;

3. Attached hereto as Exhibit 1 is a true and correct copy of Packaging for Fusion and Fusion Power Blade Cartridges.

4. Attached hereto as Exhibit 2 is a true and correct copy of U. S. Patent No. 5,985,459, November 16, 1999.

5. Attached hereto as Exhibit 3 is a true and correct copy of the March 29, 2010 Order Adopting Report and Recommendation, Docket #28 in *Sands v. The Procter & Gamble co.,* Eastern District of Michigan Civil Action Number 08-cv-15170.

6. Attached hereto as Exhibit 6 is a true and correct copy of a July 7, 2010, Case Management Order, Docket #40, in *Sands v. The Procter & Gamble Co.,* Eastern District of Michigan Civil Action Number 08-cv-15170.

2

DECLARATION OF DANIEL J. STEPHENSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT AND REQUEST FOR JUDICIAL NOTICE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of January, 2011, at Los Angeles, California.

/s/ *Daniel J. Stephenson*
Daniel J. Stephenson

PAS01\175053.1
ID\DJS - 081524/0015