**DYKEMA GOSSETT LLP**
Daniel J. Stephenson, SBN: 270722
dstephenson@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850

Attorneys for Defendant
THE PROCTER & GAMBLE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN EDMUNDSON, On Behalf of Himself, All Others Similarly Situated and the General Public,<br><br>   Plaintiff,<br><br>vs.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>   Defendant. | Case No. 10 CV 2256 H (NLS)<br><br>**PROOF OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On January 10, 2011, I served the foregoing documents described as follows:

**(1) DEFENDANT THE PROCTER & GAMBLE COMPANY'S NOTICE OF MOTION TO DISMISS AND MOTION TO DISMISS;**

**(2) DECLARATION OF DANIEL J. STEPHENSON IN SUPPORT OF MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE;**

**(3) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS; DECLARATION OF DANIEL J. STEPHENSON IN SUPPORT OF MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE;**

**(4) THE PROCTER & GAMBLE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS;**

**(5) DEFENDANT THE PROCTER & GAMBLE COMPANY'S NOTICE OF PARTY WITH FINANCIAL INTEREST; AND**

**(6) DEFENDANT THE PROCTER & GAMBLE COMPANY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

on all interested parties in this action as follows:

**See attached Service List**

☒     **(BY Electronic Service)** By E-filing and transmission of the above-listed document via the CM/ECF system with the U.S. District Court, Central District of California.

☒  **(Federal)** I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 10, 2011, at Los Angeles, California.

/s/ Patsy Grace
Patsy Grace

## Service List

## RYAN EDMUNDSON, etc. vs. THE PROCTER & GAMBLE COMPANY
### USDC Case No.: 3:10-cv-02256-H-NLS
### 880 Front Street, San Diego, California 92101

| Recipient | Email Address | *Party* |
|---|---|---|
| Daniel James Stephenson | dstephenson@dykema.com | *Attorney for Defendant The Procter & Gamble Company* |
| Leslie E. Hurst | lhurst@bholaw.com | *Attorney for Plaintiff* |
| Thomas Joseph OReardon, II | toreardon@bholaw.com | *Attorney for Plaintiff* |
| Timothy Gordon Blood | tblood@bholaw.com | *Attorney for Plaintiff* |

PAS01\175102.1
ID\DJS - 081524/0015

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071